IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LENDRELL ANTHONY THOMPSON, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | 1:12CV933 <br> 1:09CR151-1 |

## ORDER

On February 6, 2013, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections to the Recommendation have been filed. Therefore, the Court need not make a *de novo* review and the Magistrate Judge's Recommendation [Doc. #25] is hereby adopted.

IT IS THEREFORE ORDERED that Petitioner's Motion to Vacate, Set Aside or Correct Sentence [Doc. #16] is GRANTED under § 2255, that the Judgment [Doc. #15] is VACATED as to Count Three, that Count Three of the Indictment [Doc. #1] is DISMISSED, and that a corrected Judgment shall be entered reflecting a total sentence of 60 months as to Count Two, followed by three years of supervised release, rather than the combined 117-month sentence for Counts Two and Three that was contained in the original Judgment.

This, the 19th day of March, 2013.

United States District Judge